# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

FRANK ELKINS )
*Plaintiff(s)* )
v. )  Case Number: **14-601-MJR**
CITY OF ANNA, et. al )
*Defendant(s)* )

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for   Plaintiff
Frank Elkins


DATED: 5/23/2014

s/ Louis J. Meyer
Signature

Louis J. Meyer
Name

311 West Stratford Drive
Address

309.713.3751
Phone Number

312.765.0100
Fax Number

louismeyer@meyerkiss.com
E-Mail Address

Rev. 2/11