IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANK ELKINS,                                    )
                                                 )
              Plaintiff                          )
                                                 )
       vs.                                       )        No.  14-cv-601-MJR-PMF
                                                 )
CITY OF ANNA, ANNA POLICE OFFICER                )
SHAWN KNUPP, UNION COUNTY AND                    )
UNION COUNTY DEPUTY ROBERT MCGEE                 )
                                                 )
              Defendants.                        )

**MOTION FOR EXTENSION OF TIME**
**TO FILE RESPONSIVE PLEADING PURSUANT**
**TO SUPREME COURT RULE 183 AND DEEMED ANSWER TIMELY FILED**

NOW Come the Defendants, Union County and Union County Deputy Robert

McGee, by Bleyer and Bleyer, their attorneys, and for their Motion for Extension of Time

to File Responsive Pleading Pursuant to Supreme Court Rule 183 and to deemed Answer

Timely filed pursuant to FRCP 6(b), say:

       1.     That Plaintiff's Complaint (Doc. 2) was filed herein on May 23, 2014.

       2.     That this Court granted (Doc 12) these Defendants' Motion for Extension of

Time to File a Response to the Complaint.

       3.     That due to personal and professional commitments, Attorney Joseph A.

Bleyer was out of his office late in the afternoon on Friday, December 8, 2014, and was

unable to file his Answer.

       4.     That the Answer of theses Defendants was filed on Sunday December 10,

2014. (Doc 19).

5.      That written discovery is not yet complete and the Scheduling Conference

with Judge Frazier is set on August 14, 2014, and the Trial in the case for the presumptive

Trial Month of June, 2015, and the Plaintiff is not prejudiced by allowing the Answer of

the Defendants, Union County, Illinois and Robert McGee (Doc 19) to be deemed timely

filed and the filing of the Answer on December 10, 2014, to be excusable neglect

pursuant to FRCP 6(b).

WHEREFORE, Defendants, Union County and Union County Deputy Robert

McGee, pray this Court enter an Order granting the Defendants, Union County and Union

County Deputy Robert McGee, Motion for Extension of Time (Doc 20) declaring that the

Defendants's Answer (Doc 19) was timely filed.

> BLEYER and BLEYER
> S/Joseph A. Bleyer
> Attorney Registration No. 6193192
> Attorneys for Defendants Union County
> and Union County Deputy Robert McGee

BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:     (618)997-1331
Facsimile:     (618)997-6559
e-mail:        jableyer@bleyerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2014, I electronically filed a Motion for Extension of Time to File Responsive Pleading and toe Deemed the Answer Timely filed, on behalf of Union County and Union County Deputy Robert  McGee with the Clerk of the Court using CM/ECF System which will send notifications of such filing to the following:

Louis J. Meyer                        Charles A. Pierce
Daniel P. Kiss                        Pierce Law Firm, PC
Meyer & Kiss, LLC                     #3 Executive Woods Court
311 West Stratford Drive              Suite 200
Peoria, IL 61614                      Belleville, IL 62226
louismeyer@meyerkiss.com              cpierce@piercelawpc.com
dankiss@meyerkiss.com

I hereby certify that on August 10, 2014, I mailed by United States Postal Service, the documents to the following nonregistered participants:


None

S/JOSEPH A. BLEYER


BLEYER AND BLEYER
Attorneys at Law
601 West Jackson Street
Post Office Box 487
Marion, IL 62959-0487
Telephone:      (618)997-1331
Facsimile:      (618)997-6559
e-mail:         jableyer@bleyerlaw.com